PJM 2021R00092　　　　　　　**SEALED**
KSC/12.14.22



FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

DEC 1 5 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | UNDER SEAL |
| | : | |
| v. | : | Criminal No. JKB 22cr439 |
| | : | |
| DAVID WARREN, | : | (Racketeering Conspiracy, 18 U.S.C. |
|    a/k/a "Meshawn," | : | § 1962(d)) |
|    a/k/a "LA Meshawn," | : | |
| BARAK OLDS, | : | |
| DAVANTE HARRISON, | : | |
|    a/k/a "YGG Tay," | : | |
|    a/k/a "Lor Bip Bip," | : | |
| WAYNE PRINCE, | : | |
|    a/k/a "Taz," | : | |
| JOSHUA DUFFY, | : | |
|    a/k/a "Josh," and | : | |
| TYRELL JEFFRIES, | : | |
|    a/k/a/ "Whitebread," | : | |
| | : | |
|    Defendants. | : | |
| | : | |

...o0o...

## INDICTMENT

### COUNT ONE

**(Racketeering Conspiracy)**

#### Introduction

1. The Black Guerilla Family ("BGF"), also known as "Jamaa" (the Swahili word for family), or "J" for short, is a nationwide gang operating in prisons and on the streets of various cities throughout the United States. Founded in California in the 1960s, BGF appeared in the Maryland correctional system in the 1990s. Although still a prison gang, BGF is involved in criminal activity, including murder, murder-for-hire, robbery, extortion, narcotics trafficking,

obstruction of justice, and witness intimidation throughout Baltimore City, the State of Maryland, and elsewhere.

2.      Beginning in the early 2000s, BGF organized its members into "regimes" corresponding to particular regions or neighborhoods in Baltimore City and other Maryland communities. Each "regime" was organized and controlled by a hierarchy, called "the bubble," which consisted of a "Commander"; "Lieutenant Commander"; various subordinate "Ministers," including Ministers of Justice, Defense, Education, and Finance; as well as other ranks including Sergeant at Arms and Field Marshall. Each subordinate had specialized responsibilities such as the collection of dues and the defense of the regime against rival gangs or drug traffickers. The remaining members of the regime were said to be in the "field" and were responsible for following the directives of the bubble.

3.      A "Bush-member" or "Bushman" ("BM") was a high-ranking senior BGF member. BMs oversaw the activities of multiple regimes within their respective areas of the city. BGF members often referred to Bush-members as being "in the Bush."

4.      At all times relevant to this Indictment, BGF members were required to follow a code of conduct, sometimes called the "22's" and "33's" or collectively the "55's." This code of conduct set forth the rules by which all BGF members are governed, including, for example, "never violate the treasury department (discipline fatal); never participate in snitching (death for violation); never steal from Jamaa; never lie to Jamaa; never participate in homosexual activities; never reveal the mysteries or secrecy of the dragon[1]; and never run during combat." BGF members who violated this code or who disobeyed an order from a superior were subjected to disciplinary

---

[1] A two–headed dragon is one of the symbols of BGF.

measures called "sanctions," which included fines, physical beatings, stabbings, and murders administered by other BGF members.

5. At all times relevant to this Indictment, BGF members and associates operated street-level drug distribution "shops" throughout Baltimore City and Maryland. These "shops" were operated by BGF members and associates and distributed primarily heroin, cocaine, cocaine base (commonly called "crack"), marijuana, ecstasy, and other controlled substances.

6. At all times relevant to this Indictment, BGF members and associates engaged in criminal activities including, but not limited to, murder, murder-for-hire, robbery, narcotics trafficking, obstruction of justice, and witness intimidation.

7. At all times relevant to this Indictment, the following defendants among others were members and associates of BGF:

    a. DAVID WARREN, a/k/a "Meshawn," a/k/a "LA Meshawn,"
    b. BARAK OLDS,
    c. DAVANTE HARRISON, a/k/a "YGG Tay," a/k/a "Lor Bip Bip,"
    d. WAYNE PRINCE, a/k/a "Taz,"
    e. JOSHUA DUFFY, a/k/a "Josh," and
    f. TYRELL JEFFRIES, a/k/a "Whitebread"

## The Racketeering Enterprise

8. At all times relevant to this Indictment, BGF, including its leadership, members and associates, constituted an "enterprise" as defined in Section 1961(4) of Title 18, United States Code, that is, a group of individuals associated in fact that engaged in, and the activities of which affected interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

## Purposes of the Enterprise

9. Among the purposes of the enterprise were the following:

   a. Enriching the leaders, members, and associates of the enterprise through the distribution of controlled substances, robbery, and participation in murder-for-hire schemes;

   b. Promoting and enhancing the enterprise and its members' and associates' activities;

   c. Preserving and protecting the power, territory, operations, and proceeds of the enterprise through the distribution of controlled substances, as well as the use of threats, intimidation, and violence, including acts of murder, murder-for-hire, witness retaliation, witness tampering, and assault;

   d. Preserving and protecting the enterprise and its leaders by keeping its members and associates from cooperating with law enforcement through intimidation, violence, and threats of violence;

   e. Providing financial support and information to members and associates, including those who were incarcerated for committing acts of violence or other offenses;

   f. Providing assistance to members and associates who committed crimes for and on behalf of the gang in order to hinder, obstruct, and prevent law enforcement officers from identifying, apprehending, and punishing the offender; and

   g. Keeping victims and witnesses in fear of the enterprise and in fear of its leaders, members, and associates through acts and threats of violence.

## The Racketeering Conspiracy

10. Beginning in or about 2014, and continuing until on or about the date of this Indictment, in the District of Maryland, and elsewhere, the defendants,

**DAVID WARREN,**
a/k/a "Meshawn," a/k/a "LA Meshawn,"
**BARAK OLDS,**
**DAVANTE HARRISON,**
a/k/a "YGG Tay," a/k/a "Lor Bip Bip"
**WAYNE PRINCE,**
a/k/a "Taz,"
**JOSHUA DUFFY,**
a/k/a "Josh," and
**TYRELL JEFFRIES**
a/k/a "Whitebread,"

each being a person employed by and associated with BGF, an enterprise, which engaged in, and the activities of which affected, interstate and foreign commerce, together with each other and with other persons known and unknown to the Grand Jury, did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree to violate Section 1962(c) of Title 18, United States Code, that is, to conduct and participate, directly and indirectly, in the conduct of the enterprise's affairs through a pattern of racketeering activity, as defined in Sections 1961(1) and (5) of Title 18, United States Code, which pattern of racketeering activity consisted of multiple:

    a. Acts involving murder, chargeable under Md. Code Ann., Crim Law §§ 2-201, 2-204, 2-205, and 2-206, and the Common Law of Maryland punishable pursuant to Md. Code Ann., Criminal Law §§ 1-201, 1-202, 2-201, 2-204, 2-205 and 2-206 (Maryland Murder);

    b. Acts involving robbery, chargeable under Md. Code Ann., Crim. Law §§ 3-402 (Maryland Robbery, 3-403 (Maryland Robbery with a Deadly Weapon), and the Common Law of Maryland; and punishable pursuant to Md. Code. Ann., Criminal Law §§ 1-201, 1-202, 3-402, and 3-403.

  c. Multiple offenses involving trafficking in controlled substances, in violation of:

    i. 21 U.S.C. § 846 (conspiracy to distribute and possession with intent to distribute a controlled substance);

    ii. 21 U.S.C. § 841 (distribution and possession with intent to distribute a controlled substance); and

  d. Multiple acts indictable under:

    i. 18 U.S.C. § 1512 (relating to tampering with a witness, victim, or an informant);

    ii. 18 U.S.C. § 1513 (relating to retaliating against a witness, victim, or an informant);

    iii. 18 U.S.C. § 1958 (use of interstate commerce facilities in the commission of murder-for-hire).

11. It was part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

**Manner and Means of the Racketeering Conspiracy**

12. Among the manner and means by which the BGF members and associates, including the defendants, their codefendants, and their associates achieved the objects of the conspiracy were the following:

  a. BGF members and associates employed and used gang-related terminology, symbols, and tattoos.

  b. BGF members and associates were required to have and did regularly attend meetings with other BGF gang members to discuss, among other things: the structure and organization of the gang; past criminal acts in furtherance of the gang; rival gangs and drug traffickers and the proposed actions to be taken against them; assistance for BGF members who were arrested or incarcerated; the sanctioning of BGF members who violated the BGF rules; the

collection of dues; the identities of individuals suspected of cooperating with law enforcement and the proposed actions to be taken against them; plans and agreements regarding the commission of future crimes, including murder, murder-for-hire, robbery, the distribution of controlled substances; illegal possession of firearms, and assault, as well as ways to conceal these crimes; and the enforcement of gang rules.

    c. Incarcerated BGF members and associates used jail telephones to disseminate information about arrests and releases of members, to warn of police investigations, to publicize the identities of persons believed to be cooperating with law enforcement, to order assaults and murders of such persons, to request money from BGF members and associates who were not incarcerated, and to impose sanctions on members believed to be in violation of the rules of the enterprise. Because they knew that jail telephone calls were recorded, BGF members and associates sometimes made calls using other inmates' account numbers in an attempt to conceal their identities.

    d. BGF members and associates agreed to purchase, maintain, and circulate firearms and other weapons for use in their criminal activities.

    e. BGF members and associates used, carried, possessed, brandished, and discharged firearms in connection with the enterprise's illegal activities, including, but not limited to, drug trafficking and acts involving murder.

    f. BGF members and associates used violence, threats of violence, and intimidation to prevent victims and witnesses from cooperating with law enforcement against BGF members and associates about criminal acts committed by BGF members and associates.

g.      BGF members and associates obstructed justice and harmed, threatened, and intimidated witnesses and victims who cooperated with law enforcement, including other members of BGF.

h.      BGF members and associates used social media to promote the affairs of the enterprise, including by advertising affiliation with BGF, posting displays of wealth acquired through their criminal activities, laying claim to particular territories, posting displays of firearms, and threatening to retaliate against rivals and witnesses.

i.      BGF members and associates distributed and conspired to distribute controlled substances, including but not limited to, heroin, cocaine, cocaine base, marijuana, and ecstasy, in communities throughout Baltimore City and Maryland.

j.      BGF members and associates controlled drug territories and generally permitted only BGF members and associates to sell drugs in these territories. Non-BGF members who attempted to sell drugs in these territories were targeted for violence by BGF members and associates.

k.      BGF members and associates used cellular telephones to communicate with one another concerning and during the commission of the enterprise's illegal activities.

l.      BGF members and associates attempted to conceal the purposes of the acts done in furtherance of the enterprise, and used coded language and other means to avoid detection and apprehension by law enforcement and otherwise to provide security to members and associates of BGF.

m.      BGF members and associates used encrypted communications platforms, such as FaceTime, to avoid law enforcement detection, as well as multiple electronic devices to compartmentalize communications.

n.  BGF members and associates were involved in acts involving murder, including murder-for-hire schemes. BGF members and associates offered bounties for the murder of rivals. BGF members and associates acted as brokers connecting hitmen with individuals who had offered bounties for the murder of witnesses and rivals. BGF members and associates also carried out contract killings to enrich themselves, enhance their status, and to neutralize and retaliate against rivals.

**Overt Acts**

13.  In furtherance of the conspiracy and to achieve the objectives thereof the defendants and others performed and caused to be performed the following overt acts, among others, in the District of Maryland and elsewhere:

(1)  Between 2014 and 2016, **HARRISON** partnered with a BGF member to supply heroin and cocaine to street-level drug "shops" in Baltimore City.

(2)  Between 2014 and 2021, **WARREN**, **PRINCE**, **DUFFY**, **JEFFRIES,** and **OLDS** conspired to distribute and distributed heroin, cocaine, marijuana and ecstasy at street-level drug "shops" in Baltimore City.

(3)  On or about June 29, 2014, **HARRISON** paid a BGF member to murder T.J. because **HARRISON** believed that T.J. owed him money for a supply of narcotics that **HARRISON** had provided on consignment. **HARRISON** supplied the BGF member with $10,000 and a gun, which the BGF member used to shoot T.J. to death in the 1300 block of Ward Street in Baltimore City.

(4)  On or about May 27, 2015, at the direction of Unindicted Co-Conspirator 1, a senior BGF member, **WARREN** and **JEFFRIES** fired upon a group of rivals who were

9

attending a candlelight vigil for a deceased rival near the intersection of North Rose and East Monument Streets. The attack resulted in the non-fatal shooting of S.R.

(5) On or about July 6, 2015, at the direction of Unindicted Co-Conspirator 1, **DUFFY** and **JEFFRIES** attempted to murder T.B. in the 2000 block of McCulloh Street. In the days preceding the attempted murder, the senior BGF member and others had stolen heroin from T.B. The senior BGF member directed the murder of T.B. because T.B. was demanding his heroin back.

(6) On or about July 12, 2015, at the direction of Unindicted Co-Conspirator 1, **OLDS** shot L.H. in the head using a 9 mm handgun in the 2400 block of East Eager Street. L.H. survived. During the same incident, an unindicted coconspirator shot and killed a second victim, F.T. Prior to the incident, L.H. and F.T. had assisted Unindicted Co-Conspirator 1 in stealing heroin from T.B., as discussed in Paragraph 13(5). The senior BGF member ordered the attack on L.H. and F.T., in part, because he did not want to share the stolen heroin with them.

(7) On or about July 13, 2015, in the 900 block of East Monument Street, **OLDS** and an unindicted coconspirator robbed G.S. at gunpoint. Following the robbery, **OLDS** and the unindicted coconspirator fled to a meeting place for BGF members in the 2300 block of East Monument Street. The location was also used as a stash house for firearms and drugs. Among the firearms stored at the location were the 9 mm handgun used in connection with the attempted murder of S.R., as discussed in Paragraph 13(4); as well as a quantity of heroin stolen from T.B., as discussed in Paragraph 13(5).

(8) On or about August 6, 2015, in the 1600 block of Harford Avenue, **DUFFY** robbed H.D. at gunpoint using a .40 caliber handgun that was used in connection with the attempted murder of T.B, as discussed in paragraph 13(6).

(9)     On or about May 14, 2016, at the direction of Unindicted Co-Conspirator 1, a senior BGF member, **OLDS**, **WARREN**, and an unindicted coconspirator attempted to murder D.C. in the 1800 block of North Caroline Street.  The senior BGF member received $8,000 as payment for the attack on D.C. from one of his drug suppliers.  He shared portions of the payment with **OLDS**, **WARREN**, and the unindicted coconspirator.

(10)    On or about May 30, 2016, **WARREN** attempted to murder T.M., a rival drug dealer, in the 4300 block of Old York Road.  During the attack on T.M., **WARREN** shot four additional victims, J.W., B.L., A.W., and M.H.

(11)    On or about May 31, 2016, in the 1200 block of East Lafayette Avenue, **WARREN** unlawfully possessed two loaded Smith & Wesson .40 caliber handguns, the first bearing serial number DWK 9437 and the second bearing serial number DUY7508.

(12)    On or about May 2, 2017, in the 2400 block of East Monument Street, **JEFFRIES** distributed and possessed with intent to distribute cocaine.

(13)    On or about December 28, 2017, in the 400 block of North Rose Street, **DUFFY** distributed and possessed with intent to distribute marijuana.

(14)    In or about 2018, **HARRISON** solicited **WARREN's** services as a hitman.  Between February and August 2018, **WARREN** conspired to murder, and in fact attempted to murder, three of **HARRISON's** rivals in exchange for payments from **HARRISON**.  The targeted rivals included: (i) J.A., a BGF member who burglarized **HARRISON's** residence in November 2013; and (ii) two members of a rival organization, R. Br. and R. Be., who publicly accused **HARRISON** of cooperating with law enforcement.

(15)    On or about February 21, 2018, **WARREN** exchanged text messages with an unindicted coconspirator regarding J.A.'s whereabouts.  The unindicted coconspirator provided

**WARREN** with the make, model, and partial license plate number of J.A.'s vehicle. He then provided **WARREN** with J.A.'s home address. **WARREN** agreed to meet the unindicted coconspirator at J.A.'s residence, which was located in the 6700 block of Bonnie Ridge Drive in Baltimore County, Maryland.

(16) On or about February 23, 2018, **WARREN** and an unindicted coconspirator attempted to murder J.A. using at least one 9 mm handgun in the 6700 block of Bonnie Ridge Drive. Within minutes of the attempted murder, **WARREN** sent a text message that read, "Job √."

(17) On or about February 24, 2018, **HARRISON** posted a video on Instagram in which he rapped about having signed **WARREN** as a contract killer. **HARRISON** rapped as follows: "Breaking news I just signed the top shooter in the city to a deal. All them years he signed to me, a lot of niggas get killed. If he get caught, don't stress about it, his lawyer going on my bill. If somehow he lose at trial, got one word, appeal." **HARRISON** added that he was willing to hire others to commit contract killings on his behalf. "I'm signing niggas!" **HARRISON** yelled to the camera. "Come over and get your biggest payday!"

(18) On or about March 7, 2018, in the 700 block of North Curley Street, **OLDS** unlawfully possessed a loaded, stolen HK 9 mm handgun bearing serial number 129059107.

(19) On or about March 12, 2018, **WARREN** sent a text message in which he agreed to provide a third party with .380 caliber ammunition.

(20) On or about March 14, 2018, **WARREN** sent **HARRISON** a photograph that depicted **WARREN** brandishing an assault rifle. In a message accompanying the photograph, **WARREN** wrote, "I'm a young bitch with a lot of power don't make me shut down your hood." He then added: "delete this after you see it."

(21) On or about March 17, 2018, **HARRISON** assaulted an associate after the associate threatened to report **HARRISON's** unlawful activities to the police. **HARRISON** exchanged Instagram messages with the associate following the assault. The associate complained that **HARRISON** had stomped on her face and knocked her out. **HARRISON** responded, "u talking police shit and telling the house business that's just unacceptable."

(22) On or about March 17, 2018, **WARREN** told **HARRISON** via Instagram that he was willing to commit additional acts of violence in order to become a member of **HARRISON's** inner circle. **WARREN** wrote: "More then [sic] willing to put it in for my spot … [t]he route I'm going Ima [sic] be in the can or gone[.]" **HARRISON** responded, "Alreadyyyy we going get up."

(23) On or about April 2, 2018, **HARRISON** learned via Instagram that two members of a rival organization, R. Br. and R. Be., had used the Instagram "Live" feature to accuse **HARRISON** publicly of cooperating with law enforcement in connection with the burglary of **HARRISON's** home in November 2013. Later that day, **HARRISON** denied the allegation in an Instagram post of his own. He wrote that he had not identified anyone by name, had not identified anyone in court, and had not picked anyone out from a photographic array or lineup. He claimed that his lawyer was going to clear his name by the end of the week. He then threatened to retaliate against R. Br. and R. Be. **HARRISON** wrote: "for all you dick riding niggas I see y'all and y'all going to have to see me about that."

(24) On or about April 4, 2018, in the unit block of Gorman Avenue, **WARREN** and unindicted coconspirators sought to locate and murder R. Be. at a residence occupied by R. Be.'s mother and sister, C.N. and J.A. Not finding R. Be. inside the residence, **WARREN** and the

unindicted coconspirators murdered C.N. and J.A. using a .357 caliber handgun. **HARRISON** later paid **WARREN** for committing the murders.

(25) On or about April 4, 2018, **WARREN** notified a female associate that he was "waiting on the bag," *i.e.*, payment from **HARRISON** for the murders of C.N. and J.A.

(26) On or about April 5, 2018, **HARRISON** directed his girlfriend to look for properties in the Atlanta, Georgia metropolitan area because **HARRISON** was concerned that she would be targeted for violence in retaliation for **HARRISON's** involvement in the murders of C.N. and J.A. the previous day.

(27) On or about April 5, 2018, **HARRISON** instructed the mother of his child to stay in a hotel in Baltimore County because **HARRISON** was concerned that she would be targeted for violence in retaliation for **HARRISON's** involvement in the murders of C.N. and J.A. the previous day.

(28) On or about May 2, 2018, in the 1200 block of East Lafayette Avenue, **WARREN** unlawfully possessed .45 caliber ammunition.

(29) On or about June 27, 2018, in the 8500 block of Glen Michael Lane in Randallstown, Maryland, **WARREN** attempted to murder J.B. using a Glock 22 .40 caliber handgun.

(30) On or about August 6, 2018, **PRINCE** participated in a recorded jail call, in which he bragged that he was "mixed in" with **HARRISON** and his associates. With respect to the allegation that **HARRISON** had cooperated with the police, **PRINCE** explained: "I know the whole thing, my nigga, I be with those niggas 24/7 now."

(31) On or about August 7, 2018, in the 4500 block of Woodlea Avenue, **WARREN**, **PRINCE,** and an unindicted coconspirator attempted to murder R. Br. The attack

took place at a home that R. Br. owned and was having renovated. A construction crew was on site at the time. During the attack, **PRINCE** and the unindicted coconspirator murdered one of the construction workers, B.M., using a .40 caliber handgun. They also shot a second construction worker, R.P., in the head. R.P. survived the attack.

(32)   On or about August 7, 2018, **WARREN** exchanged text messages with a female associate regarding the attempted murder of R. Br., the murder of B.M., and the non-fatal shooting of R.P. The associate remarked, "got busy huh." **WARREN** responded that he was "waiting on a bag," *i.e.*, that he was expecting payment from **HARRISON** for his role in facilitating the attack.

(33)   On or about August 7, 2018, **PRINCE** participated in a recorded jail call, in which he bragged to an associate, "I'm about to get some money soon," referring to the expected payment from **HARRISON** for his role in the attempted murder of R. Br.

(34)   Between on or about August 7, 2018 and on or about August 9, 2018, **WARREN** and **PRINCE** exchanged messages with D.S., a now-deceased member of **HARRISON's** inner circle, in which they made arrangements to collect payment from **HARRISON** for their role in the attack at R. Br.'s home.

(35)   On or about August 16, 2018, in the 1200 block of Lafayette Avenue, **WARREN** and **PRINCE** jointly and unlawfully possessed a loaded Glock 22 .40 caliber handgun bearing serial number HES012. The handgun was used in connection with the murder of B.M. and the non-fatal shooting of R.P. on August 7, 2018, as discussed in Paragraph 13(31); as well as the attempted murder of J.B. on June 27, 2018, as discussed in Paragraph 13(29).

(36)   On or about September 9, 2018, in the 400 block of North Rose Street, **DUFFY** distributed and possessed with intent to distribute cocaine, ecstasy, and marijuana.

(37) In or about 2019, **HARRISON** wrote a song in which he rapped about his association with BGF. **HARRISON** wrote: "I run with apes and gorillas; that's 'cause I'm from the zoo. Get money, play with them pistols; ain't nothing else to do."

(38) On or about January 3, 2019, in the 400 block of North Rose Street, **DUFFY** distributed and possessed with intent to distribute cocaine, ecstasy, and marijuana.

(39) On or about July 3, 2019, in the 400 block of North Rose Street, **OLDS** shot and killed Y.W., a neighborhood drug trafficker, while Y.W. was pushing her infant daughter in a stroller. **OLDS** murdered Y.W. because she was distributing narcotics in the 400 block of North Rose Street without obtaining permission from BGF.

(40) On or about September 19, 2019, in the 2500 block of McHenry Street, **PRINCE** distributed and possessed with intent to distribute cocaine.

(41) On or about November 25, 2019, in the 10,300 block of Gelding Drive in Cockeysville, Maryland, **HARRISON** possessed with intent to distribute heroin and unlawfully possessed a loaded Glock 23 .40 caliber handgun bearing serial number WKE393.

(42) On or about May 13, 2020, in the 400 block of North Port Street, **OLDS** unlawfully possessed an Intratec 9 mm handgun bearing serial number A050803, as well as a Taurus 9 mm handgun bearing serial number TFS31583.

(43) On or about November 21, 2020, in the 900 block of West Baltimore Street, **JEFFRIES** unlawfully possessed a loaded SCCY 9 mm handgun bearing serial number 60098.

(44) On or about December 9, 2020, **DUFFY** notified **OLDS** in a text message that he had purchased component parts to make a firearm fully automatic. **DUFFY** wrote: "I ordered the piece to make this bitch full auto. I ordered 2 we gonna see if they work on them."

(45) On or about December 25, 2020, in the 3900 block of Eierman Avenue, **OLDS** unlawfully possessed a loaded Glock 27 .40 caliber firearm bearing serial number WAG955.

(46) On or about February 24, 2021, in the 700 block of East Preston Street, **PRINCE** possessed a loaded Smith & Wesson .40 caliber handgun bearing serial number DXB6564.

(47) On or about March 11, 2021, **WARREN** placed a recorded jail call to multiple unindicted coconspirators. During the call, one of the unindicted coconspirators told **WARREN** that **PRINCE** had spoken to law enforcement officers, and that the officers had been asking questions regarding **WARREN**. **WARREN** responded, "man, that's a blow. That's a big one right there. That's a big blow, man." **WARREN** then told an unindicted co-conspirator to target **PRINCE** for violence. **WARREN** explained, "Man, these niggas be moving foul … I just want to be two steps ahead of these niggas."

(48) On or about July 26, 2021, in the 700 block of East Preston Street, **PRINCE** unlawfully possessed a loaded Ruger .45 caliber handgun bearing serial number 661-41844.

## **NOTICE OF ENHANCED SENTENCING**

1.	On or about June 29, 2014, in the District of Maryland, **DAVANTE HARRISON** conspired with others known and unknown to the Grand Jury to feloniously, willfully, and with deliberately premeditated malice, kill and murder T.J., in violation of Maryland Code, Criminal Law § 2-201(a)(1) and the Common Law of Maryland, and punishable pursuant to Maryland Code, Criminal Law § 1-202.

2.	On or about July 6, 2015, in the District of Maryland, **JOSHUA DUFFY** and **TYRELL JEFFRIES** conspired together and with others known and unknown to the Grand Jury to feloniously, willfully, and with deliberately premeditated malice, kill and murder T.B., in violation of Maryland Code, Criminal Law § 2-201(a)(1) and the Common Law of Maryland, and punishable pursuant to Maryland Code, Criminal Law § 1-202.

3.	On or about July 12, 2015, in the District of Maryland, **BARAK OLDS** conspired with others known and unknown to the Grand Jury to feloniously, willfully, and with deliberately premeditated malice, kill and murder F.T. and L.H., in violation of Maryland Code, Criminal Law § 2-201(a)(1) and the Common Law of Maryland, and punishable pursuant to Maryland Code, Criminal Law § 1-202.

4.	On or about May 14, 2016, in the District of Maryland, **DAVID WARREN** and **BARAK OLDS** conspired together and with others known and unknown to the Grand Jury to feloniously, willfully, and with deliberately premeditated malice, kill and murder D.C., in violation of Maryland Code, Criminal Law § 2-201(a)(1) and the Common Law of Maryland, and punishable pursuant to Maryland Code, Criminal Law § 1-202.

5.	On or about February 23, 2018, in the District of Maryland, **DAVID WARREN** conspired together and with others known and unknown to the Grand Jury to feloniously, willfully, and with deliberately premeditated malice, kill and murder J.A., in violation of Maryland Code, Criminal Law § 2-201(a)(1) and the Common Law of Maryland, and punishable pursuant to Maryland Code, Criminal Law § 1-202.

6. On or about April 4, 2018, in the District of Maryland, **DAVANTE HARRISON** and **DAVID WARREN** conspired together and with others known and unknown to the Grand Jury to feloniously, willfully, and with deliberately premeditated malice, kill and murder C.N. and J.A., in violation of Maryland Code, Criminal Law § 2-201(a)(1) and the Common Law of Maryland, and punishable pursuant to Maryland Code, Criminal Law § 1-202.

7. On or about August 7, 2018, in the District of Maryland, **DAVANTE HARRISON, DAVID WARREN**, and **WAYNE PRINCE** conspired together and with others known and unknown to the Grand Jury to feloniously, willfully, and with deliberately premeditated malice, kill and murder R.Br., in violation of Maryland Code, Criminal Law § 2-201(a)(1) and the Common Law of Maryland, and punishable pursuant to Maryland Code, Criminal Law § 1-202.

All in violation of 18 U.S.C. § 1962(d)

_____
EREK L. BARRON
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**　　　　　　　12/15/2022
Foreperson　　　　　　　　　　　　　　Date