USDC - BALTIMORE
'22 DEC 21 PM2:35

AO 442 (Rev. 11/11) Arrest Warrant

PJM/ams 2021R000092

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) |
| v. | ) |
| | ) Case No. **SEALED** |
| JOSHUA DUFFY, | ) JKB 22 cr 439 |
| a/k/a "Josh," | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSHUA DUFFY, a/k/a "Josh,"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Racketeering Conspiracy, 18 U.S.C. § 1962(d)

Date: 12/15/22

*Issuing officer's signature*

City and state:  Baltimore, MD     United States Magistrate Judge MATTHEW J. MADDOX
*Printed name and title*

### Return

This warrant was received on *(date)* 12/19/2022, and the person was arrested on *(date)* 12/19/2022
at *(city and state)* Baltimore, MD

Date: 12/19/2022

*Arresting officer's signature*

Kenneth Dunckel ASM
*Printed name and title*