AO 442 (Rev. 11/11) Arrest Warrant

PJM/ams 2021R000092

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

DAVID WARREN,
a/k/a "Meshawn,"
a/k/a "LA Meshawn,"

*Defendant*

Case No. JKB 22Cr439

**SEALED**

USDC- BALTIMORE
'23 APR 20 PM 1:14

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DAVID WARREN, a/k/a "Meshawn," a/k/a "LA Meshawn,"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Racketeering Conspiracy, 18 U.S.C. § 1962(d)

Date: 12/15/22

*Issuing officer's signature*

City and state:   Baltimore, MD

United States Magistrate Judge MATTHEW J. MADDOX
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/17/2023, and the person was arrested on *(date)* 03/17/2023
at *(city and state)* USMS BAIT.

Date: 03/17/2023

*Arresting officer's signature*

G.J. SMITH    TFO
*Printed name and title*