# PURPURA & PURPURA
## ATTORNEYS AT LAW

*THE BONAPARTE BUILDING*
*8 E. MULBERRY STREET*
*BALTIMORE, MARYLAND 21202*
*PHONE: 410-727-8550*
*FAX: 410-576-9351*

**William B. Purpura***
wpurpura@purpuralaw.com
* Admitted in MD, CA &
  US District Ct., DC

**Christopher J. Purpura**
cpurpura@purpuralaw.com

Of Counsel

**Marta K. Kahn***
mkkahn@yahoo.com
*Admitted in MD & VA

June 28, 2023

The Honorable James K. Bredar
Chief Judge
United States District Court for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    Re:    *United States of America v. Davante Harrison*, Criminal No.: JKB-22-cr-439

Dear Chief Judge Bredar:

    On June 27, 2023, Mr. Harrison was scheduled to be transferred to the Northeast Ohio Correctional Center. Based on a Google Map search this facility is 310 miles from Baltimore and approximate travel time without traffic is 5 hours and four minutes. Fortunately, due to an upset stomach Mr. Harrison was not transferred and remains at Chesapeake Detention Facility. I respectfully write this letter to request that the Court intervene with the US Marshals service to prevent a future attempt to place Mr. Harrison in this distant out of state facility. As the government suggested the discovery in this case is voluminous. To date there are more than 500,000 pages of documents to review spanning a 5-year period. There are hours of video/audio recordings, social media posts, multiple phone extractions and recorded undercover interactions which all must be reviewed with the client. As to Mr. Harrison's case there is also the need to review discovery and trial transcripts in the related federal trial of Montana Barronette. Within

the next two weeks we should also be receiving the second batch of discovery which promises to be equally voluminous.

      To date, my paralegal and I have been visiting Mr. Harrison weekly at CDF to commence the arduous review of all this material with our client. A move to Oho at this critical time would interfere with the attorney client relationship, make complete review of all discovery impossible and would end up being an exorbitant expense to the Criminal Justice Act.

      Respectfully,

      /s/

      William B. Purpura