IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Case No. 22-439 |
| v. | * | |
| TYRELL JEFFRIES<br>DEFENDANT | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## POSITION ON MOTION TO EXTEND DEADLINE FOR FILING PRETRIAL MOTIONS

The Defendant, Tyrell Jeffries, through his counsel, Ryan Burke, has no objection to the motion to extend deadline for filing pretrial motions (ECF-No 92) from October 30, 2023, to November 30, 2023.

*Ryan Burke*
_____
Ryan Burke 29750
Attorney for Defendant