IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | Case No.: JKB-22-439 |
| **DAVID WARREN, ET AL.** | * | |
| **Defendants** | * | |

**PROPOSED ORDER OF THE COURT**

This matter is before the Court on Defendant David Warren's Unopposed Motion to Extend Deadline for Filing Pretrial Motions. The Court having considered the Motion, being fully advised, it is this 29 day of Nov, 2023:

**ORDERED**, that the Motion be and the same is hereby **GRANTED**; and it is further

**ORDERED,** that the Defendants shall file any and all pretrial motions on or before December 14, 2023.

_____
Hon. James K. Bredar
Chief United States District Judge