Case 1:22-cr-00439-JKB Document 117 Filed 11/30/23 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. JKB 22-0439 |
| WAYNE PRINCE, Defendant. | * | |

\* \* \*

*Denied as Moot*
*JKB 12/1/23*

## MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS

COMES NOW, Wayne Prince, by and through undersigned counsel, and requests this court grant leave to file additional motions beyond the current motions filing deadline. In support thereof, Mr. Prince states as follows:

1. Mr. Prince is charged with Racketeering Conspiracy, in violation of 18 U.S.C. § 1962(d). There is no trial date set.

2. It is unclear at this time whether additional discovery will be provided and whether additional motions will be required to protect Mr. Prince's constitutional rights.

WHEREFORE, the Defendant requests leave to file additional motions beyond the deadline of November 30, 2023 if necessary.

Respectfully submitted,

*Teresa Whalen*
_____
Teresa Whalen, Esquire
Federal Bar No.: 25245
801 Wayne Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 728-2905