IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. JKB-22-0439 |
| DAVID WARREN | * | |
| Defendant | * | |
| | *** | |

## ORDER

On December 14, 2023, counsel filed two motions to seal (ECF Nos. 136, 139). The motion themselves were filed under seal. While the Court is persuaded that the materials that the motions seek to seal should indeed be sealed, after careful review the Court is not persuaded that the motions themselves need to be sealed.

The materials that are the subject of these motions have been sealed and will remain sealed. But the motions themselves (ECF Nos. 136, 139) are UNSEALED, and the Clerk shall modify the docket accordingly.

SO ORDERED.

Dated this __18__ day of December, 2023.

BY THE COURT:

_____
James K. Bredar
Chief Judge