IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CRIMINAL NO. JKB-22-0439 |
| DAVID WARREN, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

Pursuant to a scheduling call held on December 20, 2023, the Court now sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| April 15, 2024 | Deadline for Government's responses to Defendants' pretrial motions. |
| May 15, 2024 | Deadline for Defendants' replies regarding pretrial motions. |
| **June 20, 2024, 10:00 a.m.** | **Motions Hearing**, Courtroom 5A. The Court has set aside a full day for this hearing. |
| August 16, 2024 | *Jencks* disclosure deadline. |
| August 22, 2024 | Deadline for filing motions *in limine*. |

| | |
|---|---|
| August 22, 2024 | Deadline for receipt in chambers of proposed voir dire, proposed preliminary jury instructions (start of trial), proposed final jury instructions (end of trial), and a proposed jury verdict form; these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers: MDD_JKBChambers@mdd.uscourts.gov. |
| | Government and Defense Counsel shall meet and confer with respect to proposed voir dire, jury instructions, and verdict form, and to the fullest extent possible make joint submissions. Counsel shall identify any matters of disagreement through supplemental filings. The most recent revision of the undersigned's standard jury instructions in criminal cases is available to the Parties upon request to chambers. |
| August 26, 2024 | Deadline for responses to motions *in limine*. |
| **August 29, 2024, 10:00 a.m.** | **Pretrial Conference.** Defendants and all trial counsel must be present. |
| **September 9, 2024, 9:30 a.m.** | Begin **Jury Trial**, Courtroom 5A. Trial scheduled for eight weeks. The Court will not sit on Fridays. |
| | Counsel shall appear in court at 9:15 a.m. to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection. |

The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings. The Government is also directed to file motions to exclude time pursuant to the Speedy Trial Act as appropriate. No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

As discussed during the scheduling call on December 20, 2023, it is this Court's expectation that the Government and Defense Counsel will meet and confer in good faith during the first half of the month of August 2024. At that time, the Government will permit Defense Counsel to inspect any demonstratives, social media posts, and videos that the Government anticipates using at trial.

DATED this 20 day of December, 2023

BY THE COURT:

*[signature]*

James K. Bredar
Chief Judge