IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **DAVID WARREN, et al.,** <br><br> **Defendants.** | **CRIMINAL NO.        JKB-22-439** |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' PRETRIAL MOTIONS**

The United States of America respectfully requests an extension to May 10, 2024 to respond to Defendants David Warren's and Davante Harrison's pretrial motions, and states as follows:

1. The Court set a deadline of April 15, 2024 for the Government to respond to Defendants' pretrial motions, and set a deadline of May 15, 2024 for the Defendants' replies regarding pretrial motions. ECF No. 153. The Court set a Motions Hearing in on June 25, 2024 at 10 a.m. ECF No. 156.

2. Four of the six Defendants have entered guilty pleas in this case. Accordingly, pretrial motions filed by Defendants David Warren and Davante Harrison remain pending before the Court.

3. This case involves voluminous discovery and the Defendants have filed a significant number of motions. Undersigned counsel requests an extension of time in light of counsel's current workload, which includes preparation for a jury trial scheduled for April 15, 2024 through April 20, 2024, responsibilities in significant on-going investigations, and briefings due in other pending cases. In light of counsel's responsibilities in other cases and ongoing

investigations, the government requests an extension of the deadline to May 10, 2024 to respond to pretrial motions. To accord with the Court's initial scheduling order, the parties also request that Defendants' deadline to reply be extended to June 10, 2024.

4. Counsel for Defendants David Warren and Davante Harrison were made aware of and consented to requested extension.

5. A proposed Order is attached for the Court's convenience.

**WHEREFORE**, the government respectfully requests the Court grant this Motion and extend the deadline for the Government to file responses to Defendants' pretrial motions to May 10, 2024, and to extend the deadline for the Defendants replies to June 10, 2024.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:       /s/ Ari Evans
Ari D. Evans
Patricia C. McLane
Assistant United States Attorneys
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
Tel.: (410) 209-4800
Fax: (410) 962-3124
Ariel.Evans@usdoj.gov

Dated:   March 28, 2024

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 28, 2024, a copy of the foregoing motion was filed electronically with the Court using the CM/ECF system and served using the CM/ECF system via e-mail to all counsel of record.

/s/
Ari D. Evans
Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.    JKB-22-439** |
| v. | |
| **DAVID WARREN, et al.,** | |
| **Defendants.** | |

## ORDER

Having considered the Government's consent motion for extension of time, the Court concludes that there is good cause to grant an extension. IT IS HEREBY ORDERED that:

a. The motion is GRANTED;

b. The Government shall have until May 10, 2024 to file its response to Defendants' pretrial motions; and

c. The Defendants shall have until June 10, 2024 to file replies regarding the pretrial motions.

It is so ORDERED this _____ day of _____, 2024.

_____
Honorable James K. Bredar
United States Chief District Judge