IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID WARREN, et al.,<br><br>Defendants. | CRIMINAL NO.   JKB-22-439 |

### ORDER

Having considered the Government's consent motion for extension of time, the Court concludes that there is good cause to grant an extension. IT IS HEREBY ORDERED that:

a. The motion is GRANTED;

b. The Government shall have until May 10, 2024 to file its response to Defendants' pretrial motions; and

c. The Defendants shall have until June 10, 2024 to file replies regarding the pretrial motions.

It is so ORDERED this __28__ day of __March__, 2024.

Honorable James K. Bredar
United States Chief District Judge