IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  Criminal No. JKB-22-000439 |
| | * |
| DAVID WARREN, et al. | * |
| | * |
| Defendants. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**GOVERNMENT'S REQUEST TO EXCEED PAGE LIMIT FOR
CONSLIDATED MOTIONS RESPOSNE**

Comes now the United States of America, by and through its Attorneys, Erek L. Barron, United States Attorney for the District of Maryland, Ari D. Evans Kim Y. Hagan, and Patricia C. McLane, Assistant United States Attorneys for said District, and hereby moves this Court to permit the Government to exceed the thirty (30) page limit imposed by Local Rule 105.3, and in support thereof states:

1. Rule 105.3 of the Local Rules of the United States District Court for the District of Maryland states that memoranda in support of a motion or in opposition thereto shall not exceed thirty (30) pages unless otherwise ordered by the Court.

2. The defendants in this case filed a combined total of 16 pre-trial motions. These consist of a motion to dismiss the indictment, a motion for severance, a motion to dismiss the sentencing enhancements, a motion to exclude rap music, motions to suppress the fruits of search warrants and warrantless searches, motions to suppress statements, a motion to suppress in-court and out-of-court identifications, motions to suppress the fruits of cell phone search warrants, a motion for the production of early *Giglio* material for law enforcement witnesses, a motion to adopt the motions of other defendants, and a motion for leave to file additional motions.

3. The Government has compiled its responses to these motions in a combined pleading as relevant facts and legal issues overlap, which justifies grouping the motions together.

WHEREFORE, the Government respectfully requests that the Court permit a combined motions response that exceeds thirty (30) pages pursuant to Local Rule 105.3.

        Respectfully submitted,

        Ari D. Evans
        Patricia C. McLane
        Kim Y. Hagan
        United States Attorney

By:         /S/
        Ari D. Evans
        Assistant United States Attorney
        36 S. Charles Street, 4th Floor
        Baltimore, Maryland 21201

**IN THE UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Criminal No. JKB-22-00439 |
| | * |
| DAVID WARREN, et al. | * |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon review of the Government's Request to Exceed Page Limit for its Consolidated Response in Opposition to Defendants' Pretrial Motions, it is **ORDERED** that the Government's Request is **GRANTED.**

It is further **ORDERED** that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office and counsel for the Defendants.

Dated:   May ____, 2024

_____
Honorable James K. Bredar
United States District Judge