IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   Criminal No. JKB-22-000439 |
| | * |
| **DAVID WARREN, et al.** | * |
| | * |
| **Defendants.** | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### GOVERNMENT'S MOTION TO SEAL EXHIBITS

Comes now the United States of America, by and through its Attorneys, Erek L. Barron, United States Attorney for the District of Maryland, Ari D. Evans, Kim Y. Hagan, and Patricia C. McLane, Assistant United States Attorneys for said District, and hereby moves this Honorable Court for an Order sealing certain Government Exhibits to its Consolidated Pretrial Motions Response, in this matter, and in support thereof states:

1. The following government exhibits contain documents that are either sealed or contain *Jencks* witness material: Exhibits G, J, M, and N.

2. It would pose a safety risk to witnesses if these exhibits were made available for inspection by the public.

WHEREFORE, the Government respectfully requests that the aforementioned Government's Exhibits be sealed.

Respectfully submitted,

|       | Erek L. Barron |
|-------|---------------|
|       | United States Attorney |
| By:   | /S/ |
|       | Ari D. Evans |
|       | Kim Y. Hagan |
|       | Patricia C. McLane |
|       | Assistant United States Attorneys |
|       | 36 S. Charles Street, 4th Floor |
|       | Baltimore, Maryland 21201 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * Criminal No. JKB-22-00439 |
| | * |
| **DAVID WARREN, et al.** | * |
| | * |
| **Defendants.** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon review of the Government's Motion to Seal, the Court hereby adopts the Government's proffer of the reasons for sealing as presented therein, and it is **ORDERED** that the Motion to Seal is **GRANTED** and that Government's Exhibits G, J, M, and N shall be **SEALED**.

It is further **ORDERED** that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office and counsel for the Defendant.

Dated:   May ____, 2024

_____
Honorable James K. Bredar
United States District Judge