IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. JKB-22-00439 |
| DAVID WARREN, et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon review of the Government's Motion to Seal, the Court hereby adopts the Government's proffer of the reasons for sealing as presented therein, and it is **ORDERED** that the Motion to Seal is **GRANTED** and that Government's Exhibits G, J, M, and N shall be **SEALED**.

It is further **ORDERED** that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office and counsel for the Defendant.

Dated:   May 13, 2024

_____
Honorable James K. Bredar
United States District Judge