# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **STATE OF MARYLAND** | : | |
| | : | |
| **v.** | : | Case No. JKB-22-439 |
| | : | |
| **DAVID WARREN,** | : | |
| | : | |
| **Defendant** | : | |

## SUPPLEMENT TO MOTION TO JOIN AND ADOPT MOTIONS FILED BY CO-DEFENDANTS

Defendant David Warren ("Mr. Warren"), by and through his counsel, John M. McKenna, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits the following Supplement to his Motion to Join and Adopt Motions Filed by Co-Defendants (ECF No. 145).

On December 14, 2023, Mr. Warren filed a motion to adopt motions filed by co-defendants in this case. (ECF No. 145.) In its Response, the Government indicated that it does not oppose the motion and requested that Mr. Warren state with specificity the motions he seeks to adopt. Mr. Warren moves to adopt Mr. Harrison's Motion to Dismiss the Indictment for a Violation of the Presentment Clause of the Fifth Amendment (ECF Nos. 103, 227). Mr. Warren and Mr. Harrison are charged in the same Indictment. The Motion presents arguments equally applicable as to both of them. Mr. Warren also moves to adopt Mr. Harrison's Motion to Dismiss

1

Sentencing Enhancements and Alternatively, to Sever (ECF Nos. 113, 226).[1] Mr. Warren is named in four of the alleged sentencing enhancements. The legal arguments presented in Mr. Harrison's Motion are applicable to Mr. Warren.

Lastly, Mr. Warren moves to adopt Mr. Harrison's Motion for Severance (ECF No. 107.) Specifically, Mr. Warren moves pursuant to Rule 14(a) to sever his case from Mr. Harrison's. Under Rule 14(a), "[i]f the joinder of offenses or defendants in an indictment, an information, or a consolidation for trial appears to prejudice a defendant or the government, the court may order separate trials of counts, sever the defendants' trials, or provide any other relief that justice requires." Mr. Warren submits that a joint trial in this case would substantially prejudice him before the jury. In Overt Act 3, Mr. Harrison is alleged to have participated in a completed murder for hire in which the Government does not contend Mr. Warren was involved. The victim of the homicide alleged in Overt Act 3, T.J., was shot and killed on June 28, 2014 in the 1300 block of Ward Street in Baltimore. The Indictment does not name the alleged shooter. It merely refers to him as a "BGF member." The autopsy report indicates that T.J. was shot 9 times and sustained injuries to his brain, heart, and lungs. On the date of the murder, David Warren was incarcerated at Maryland Correctional Institution – Hagerstown. The presentation of

---

[1] Mr. Warren is named in the following sentencing enhancements alleged in the Indictment: 4, 5, 6, and 7.

evidence regarding this homicide at a joint trial would seriously prejudice Mr. Warren. Mr. Warren will essentially be required to present evidence that he was in prison on the date of the murder in order to prove that he had no role in it.

In Overt Act 21, Mr. Harrison is alleged to have assaulted an intimate partner by stomping on her face. The Government does not allege that Mr. Warren participated in the assault. There will be no evidence presented at trial that Mr. Warren ever engaged in an act of domestic violence. Evidence of domestic violence is inflammatory, and presentation of such evidence would prejudice Mr. Warren at trial.

In Overt Act 41, the Government alleges that on November 25, 2019, Mr. Harrison possessed a firearm and that he possessed heroin with the intent to distribute it. On the date at issue, Mr. Warren was incarcerated at the Western Correctional Institution in Cumberland. Indeed, Mr. Warren has been incarcerated since August 16, 2018. In order to show that he was not involved in any way with alleged drug trafficking in Baltimore in November 2019, Mr. Warren will be forced to present highly prejudicial evidence that he was imprisoned in Western Maryland. In light of these factors, the Court should sever Mr. Warren's trial from Mr. Harrison's.

Wherefore, Mr. Warren respectfully requests that this Court permit him to adopt several of the motions filed by Co-Defendant Harrison in this case.

Respectfully submitted,

s/_____
John M. McKenna
Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane
Suite 700
Greenbelt, Maryland  20770
301-474-0044
mlawlor@verizon.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 12, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Maryland via ECF.

_____/s/_____
John M. McKenna