## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-22-0439 |
| DAVID WARREN, et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AMENDED SCHEDULING ORDER

Pursuant to a scheduling call held on June 13, 2024, the Court now sets the following revised dates and deadlines for further proceedings in this case:

| | |
|---|---|
| **June 24–25, 2024** | **Motions Hearing**, Courtroom 5A.  The Hearing will begin at 10:00 a.m. on both days; the Court anticipates sitting for two full days. |
| August 26, 2024 | Deadline for filing motions *in limine.* |
| August 26, 2024 | Deadline for receipt in chambers of proposed voir dire, proposed preliminary jury instructions (start of trial), proposed final jury instructions (end of trial), and a proposed jury verdict form; these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers: MDD_JKBChambers@mdd.uscourts.gov. |
| | Government and Defense Counsel shall meet and confer with respect to proposed voir dire, jury instructions, and verdict form and, to the fullest extent possible, make joint submissions.  Counsel shall identify any matters of disagreement through supplemental filings.  The most recent revision of the undersigned's standard jury instructions in criminal cases is available to the Parties upon request to chambers. |
| August 29, 2024 | Deadline for responses to motions *in limine*. |
| August 30, 2024 | *Jencks* disclosure deadline. |

**September 3, 2024, 10:00 a.m.**   **Pretrial Conference**, Courtroom 5A.  Defendants and all trial counsel must be present.

**September 23, 2024, 9:30 a.m.**   Begin **Jury Trial**, Courtroom 5A.  Trial scheduled to conclude on October 31, 2024.  In observance of a religious holiday, the Court will not sit on October 3 or 4, 2024.  The Court does not intend to sit on Fridays.

Counsel shall appear in court at 9:15 a.m. on the first day of trial to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection.

The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings.  The Government is also directed to file motions to exclude time pursuant to the Speedy Trial Act as appropriate.  No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown.  Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this  13  day of June, 2024.

BY THE COURT:

James K. Bredar
United States District Judge

2