IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-22-0439 |
| DAVID WARREN, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**SUPPLEMENTAL SCHEDULING ORDER**

All dates and deadlines previously set forth in the Court's Amended Scheduling Order (ECF No. 236) remain in full force and effect except that the Jury Trial will now begin on **September 24, 2024** in order to accommodate administrative issues within the Court relating to jury selection.

DATED this 13 day of June, 2024.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge