IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-22-0439 |
| DAVID WARREN, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### SECOND SUPPLEMENTAL SCHEDULING ORDER

Pursuant to a status teleconference held on June 20, 2024, the Court hereby makes the following changes to the previously scheduled dates and deadlines in this matter:

1. The MOTIONS HEARING currently scheduled for June 24 and 25, 2024 is MODIFIED as follows. The Court will no longer sit on June 24, and the Motions Hearing will begin at 9:30 a.m. on June 25. The Court will hear testimony and argument as necessary regarding ECF Nos. 103, 107, 108, 109, 110, 112, and 113.

2. A MOTIONS HEARING is set in for Friday, July 19, 2024 at 9:30 a.m.; the Court will hear testimony and argument as necessary regarding ECF Nos. 134, 135, 138, 141, 142, 143, 144, 145, and 146.

3. All other dates and deadlines remain UNCHANGED.

DATED this 20 day of June, 2024.

BY THE COURT:

James K. Bredar
United States District Judge