

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Ari Evans*
*Assistant United States Attorney*
*Ariel.Evans@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

DIRECT: 410-209-4839
MAIN: 410-209-4800
FAX: 410-962-2310

June 20, 2024

The Honorable James K. Bredar
United States District Court
for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

RE:  Status Report and Government's Witness List for Motions Hearing set for June 25, 2024
<u>United States of America v. Davante Harrison</u>
JKB-22-439

Dear Judge Bredar:

In advance of next week's motions hearing involving Defendant Davante Harrison, the Government submits this chart regarding the pending motions for Defendant Harrison and the expected witness testimony. The Government believes a number of the pending motions can be decided on the papers without witness testimony. Those motions that require testimony are noted with the name of the Government's witnesses.

| **Defendant** | **Motion** | **ECF No.** | **Witness Testimony** |
|---|---|---|---|
| **Davante Harrison** | Motion to Dismiss Indictment for Violation of the Presentment Clause | 103 | Legal argument only |
| | Motion for Severance | 107 | Legal argument only |
| | Motion to Suppress Tangible Evidence Seized from the Search of a Cell Phone | 108 | Joseph Landsman (retired BPD/FBI); David Kincaid (BPD); Jean Nolet (BPD) |
| | Motion to Exclude Rap Music, Videos, and Associated Content | 109 | Legal argument only |
| | Motion to Preclude Government from Introducing Evidence as Set Out in Overt Act 41 | 110 | Legal argument only |
| | Motion to Suppress Tangible, Derivative Evidence and Statements Pursuant to Federal Rule 12(b)(3) | 112 | Joseph Landsman (retired BPD/FBI); Daniel Delorenzo (Charleston PD; former AA County/FBI TFO); Mark |

| | | Neptune (Tampa Bay PD; former BPD/FBI TFO) |
|---|---|---|
| Motion to Dismiss Sentencing Enhancement and Alternatively, To Sever | 113 | Legal argument only |

Very truly yours,

Erek L. Barron
United States Attorney


_____/s/_____
Ari Evans
Patricia McLane
Kim Y. Hagan
Assistant United States Attorneys

Filed via ECF on June 20, 2024