**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | **CRIM. NO. JKB-22-0439** |
| DAVID WARREN, et al., | * | |
| Defendants. | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

**THIRD SUPPLEMENTAL SCHEDULING ORDER**

The Government notified the Court that certain miscommunications among the U.S. Attorneys' Office, the U.S. Marshals Service, and the U.S. Bureau of Prisons caused Defendant Harrison not to be transported from his current place of detention to Baltimore, and that he would not be present for the hearing previously scheduled to occur on June 25, 2024. The hearing cannot lawfully proceed in his absence, and the Court vacated the hearing. (ECF No. 246.)

Pursuant to a scheduling teleconference held on June 24, 2024, the Court now makes the following changes to the previously scheduled dates and deadlines in this matter:

1. The second MOTIONS HEARING currently scheduled for July 19, 2024 is VACATED.

2. A single MOTIONS HEARING is set in for July 10 and 11, 2024, beginning at 9:30 a.m. The Court will hear testimony and argument as necessary to resolve the issues arising in the Motions docketed at ECF Nos. 103, 107, 108, 109, 110, 112, 113, 134, 135, 138, 141, 142, 143, 144, 145, and 146.

3. All other dates and deadlines not addressed and/or modified herein are UNCHANGED.

SO ORDERED.

DATED this **2⁴** day of June, 2024.

BY THE COURT:

James K. Bredar
United States District Judge