

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Ari Evans*
*Assistant United States Attorney*
*Ariel.Evans@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4839*
*MAIN: 410-209-4800*
*FAX: 410-962-2310*

July 9, 2024

The Honorable James K. Bredar
United States District Court
for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

   RE: Status Report and Government's Witness List for Motions Hearing set for July 10-11, 2024
     <u>United States of America v. David Warren</u>
     JKB-22-439

Judge Bredar:

  In advance of motions hearing starting tomorrow involving Defendant David Warren, the Government submits this chart regarding the pending motions for Defendant Warren and the expected witness testimony. The Government believes a number of the pending motions can be decided on the papers without witness testimony. Those motions that require testimony are noted with the name of the Government's witnesses. We will bring to Court tomorrow morning a witness list, exhibit list, and a binder of exhibits.

| **Defendant** | **Motion** | **ECF No.** | **Witness Testimony** |
|---|---|---|---|
| **David Warren** | Motion to Suppress Fruits of Warrantless Searches and Seizures | 134 | Timothy Romeo (BPD); Christopher Faller (BPD/DEA TFO); Lisa Christy (ATF); Scott Reid (BPD) |
| | Motion to Suppress Fruits of Cell Phone Searches | 135 | Joseph Landsman (retired BPD/FBI); Timothy Romeo (BPD) |
| | Motion to Suppress Fruits of Searches Conduct Pursuant to Warrants; Supplemental Motion to Suppress Fruits of Searches of Historical Cell Site Location Information and Request for a *Franks* Hearing | 138 & 231 | Legal argument only. If the Court orders Franks hearings: Scott Young (Balt. County PD); Jeremy Tepper (AA |

| | | | |
|---|---|---|---|
| | | | County PD)[1] |
| | Motion to Suppress Statements | 141 | Daniel O'Shea (Balt. County PD); Michael Voderick (BPD) |
| | Motion to Suppress In-Court and Out-of-Court Identifications | 142 | The Government does not intend to introduce evidence at trial of the out-of-court or in-court identification discussed in the motion and the Government's response – the motion is now moot. |
| | Request for Notice of Rule 404(b) Evidence | 143 | Legal argument only |
| | Motion for Disclosure of Materials Related to Law Enforcement Witnesses | 144 | Legal argument only |
| | Motion to Adopt Motions Filed by Co-Defendants | 145 | Legal argument only |

Very truly yours,

Erek L. Barron
United States Attorney

_____

Ari Evans
Patricia McLane
Kim Y. Hagan
Assistant United States Attorneys

Filed via ECF on July 9, 2024

---

[1] On June 12, 2024, defendant David Warren filed a supplemental motion to suppress historical cell-site location information and a request for a *Franks* hearing. In its Response brief file on May 10, 2024, the Government outlined why a motion to suppress the historical cell-site location information should be suppressed. The Government also does not believe that a *Franks* hearing is necessary on this motion, but should the Court grant one, then Baltimore County Police Detective Scott Young would be the relevant witness.