IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-22-0439 |
| DAVID WARREN, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon entry of the guilty plea of Defendant David Warren on July 10, 2024, the guilty pleas of the remainder of the Defendants having been previously entered, the Court hereby VACATES the Motions Hearing set in for July 10 and 11, the Pre-Trial Conference set in on September 3, the Trial set to begin on September 24, 2024, and all other dates and deadlines associated with the Trial. All pending Motions (ECF Nos. 134, 135, 138, 141, 142, 143, 144, 145, 146, 204) are DENIED AS MOOT.

DATED this _10_ day of July, 2024.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge