IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | JKB-22-439 |
| | * | |
| TYRELL JEFFRIES | * | |
| | * | **UNDER SEAL** |
| Defendant. | * | |
| | * | |
| ****** | | |

### ORDER

For good cause shown upon motion of the Defendant, it is hereby ORDERED this 20 day of February, 2025, that the Defendant's Motion to Seal is GRANTED and, accordingly, that the Defendant's Sentencing Memorandum is hereby SEALED.

HON. JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE