IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-22-0439 |
| TYRELL JEFFRIES, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Several documents in this case are improperly under seal. The Court will direct their unsealing. Further, the Government is reminded that motions to seal should not be filed under seal, unless they themselves contain information that must be maintained under seal. The Court has previously advised the Government in another case to avoid unnecessary sealing in this circumstance. (*See* ECF No. 176, JKB-23-0278 (explaining that "[e]ven when an underlying document should be sealed, it is seldom necessary for the Government's arguments in support of sealing to be restricted from the view of the public").)

Accordingly, it is ORDERED that the following documents SHALL BE UNSEALED: ECF No. 331; ECF No. 333; and ECF No. 336.

DATED this 27 day of February, 2025.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge