**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. JKB-22-439** |
| | * | |
| **BARAK OLDS.** | * | |
| | * | |
| | * | |

******* 

**MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL**

The United States of America, by and through undersigned counsel, hereby files this motion to file its Sentencing Memorandum (the "Sentencing Memorandum") under seal.  In support of this motion, the government states as follows:

1.      The Sentencing Memorandum contains sensitive information and no reasonable alternatives to sealing are available.  Specifically, redaction of sensitive portions of the Sentencing Memorandum would render the documents substantially unreadable and would compromise counsel's ability to convey important information relevant to this case.  Additionally, the interests in sealing outweigh the interests of disclosure on the docket.  *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 63 (4th Cir. 1989) (describing standards for sealing)

2.      Counsel will file a hard copy of the Sentencing Memorandum with the Court (pursuant to Standing Order 2025-04) and intends to serve defense counsel with copies of the Sentencing Memorandum in compliance with Fed. R. Crim. P. 49(a)(3)(B) or (a)(4).

**WHEREFORE**, the Government respectfully requests that the Court grant the Government's Motion to File Sentencing Memorandum Under Seal.

Respectfully submitted,

Kelly O. Hayes
United States Attorney


_____/ s/_____
Ari D. Evans
Patricia C. McLane
Kim Y. Hagan
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the Court via CM/ECF, which sent a copy to counsel of record.

___/s/_____
Ari D. Evans

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. JKB-22-439** |
| | * | |
| **BARAK OLDS.** | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\***

### ORDER

Upon consideration of the government's motion, the Court hereby finds as follows: there is good cause to grant the government's request in light of the content of the Sentencing Memorandum and the information provided in the motion. The Sentencing Memorandum contains sensitive information and no reasonable alternatives to sealing are available. Specifically, redaction of sensitive portions of the Sentencing Memorandum would render the documents substantially unreadable and would compromise counsel's ability to convey important information relevant to this case.

Therefore, it is this _____ day of _____ 2025, ORDERED that the government's Sentencing Memorandum is placed under SEAL, pending further order of the Court.


_____               _____
Hon. James K. Bredar                                              Date
United States District Judge