IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal Case No. JKB-22-0439 |
| **BARAK OLDS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE SEALED MATERIALS

Barak Olds, through his attorney, hereby moves this Honorable Court for leave to file the Defendant's Sentencing Memorandum under seal. As grounds therefore, Mr. Olds states:

1. The Sentencing Letter contains healthcare information and other sensitive information including information related to Mr. Olds' family.

2. There is no reasonable alternative to sealing

WHEREFORE, the defense requests that this Honorable Court grant its motion for leave to file the Defendant's Sentencing Memorandum under seal.

Respectfully submitted,

/S/
_____
Paul D. Hazlehurst, # 08156
11350 McCormick Road
Executive Plaza II, Suite 705
Hunt Valley, Maryland 21031
(410) 773-9610
Paul@lawpdh.com