IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal Case No. JKB-22-0439** |
| **BARAK OLDS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SEALED FILING

                Respectfully submitted,

                /S/

                _____
                Paul D. Hazlehurst, # 08156
                11350 McCormick Road
                Executive Plaza II, Suite 705
                Hunt Valley, Maryland 21031
                (410) 773-9610
                Paul@lawpdh.com